ACCEPTED
03-14-00667-CV
4179841
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/17/2015 3:14:08 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00667-CV

IN THE

THIRD COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/17/2015 3:14:08 PM
JEFFREY D. KYLE
Clerk

AT AUSTIN

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY,
Appellant,

v.

EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION,
PENNZOIL-QUAKER STATE COMPANY AND SHELL OIL COMPANY,
Appellees.

Appealed from the 345th Judicial District Court of
Travis County, Texas

### FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Rules 10.5(b)(1) and 38.6(d), Appellant the Texas Commission on Environmental Quality files this first unopposed motion for an extension of time and respectfully requests a 12-day extension of time, until and through March 2, 2015, to file its Reply Brief.

1. The current deadline for filing Appellant's Reply Brief is Wednes-

day, February 18, 2015.

2. Appellant requests a 12-day extension, until March 2, 2015.

3. No previous extensions have been granted regarding this brief.

4. Oral argument has been set for March 11, 2015, at 1:30 p.m.

5. An extension until March 2, 2015, is not opposed by Appellees.

6. This motion is requested for the following reasons:

a. Assistant Attorney General Linda Secord suffered a broken ankle, which required surgery on January 6, 2015, and has been unable to work effectively since that date. Her first partial day back in the office was February 12; she is not expected to return full-time before March 15, 2015. Her legal knowledge and expertise are essential to the State's briefing in this complex and important case. Her participation will allow the State to make the best possible presentation of the issues, including several issues of first impression, for the Court's consideration.

b. Assistant Attorney General Craig Pritzlaff has a deadline of

Tuesday, February 17, 2015, to file a reply brief in *State of Texas v. Bernard Morello,* D-1-GV-06-000627, in the 353rd Judicial District Court of Travis County. He has a Motion for Summary Judgment set for Thursday, February 19, 2015, in that case, seeking to recover civil penalties for violations of environmental law and regulations. He has not been able to assist with the briefing on this appeal.

7. No trial date has been set in the trial court, and no scheduling order is in place in the trial court that would be impacted by an extension of time to consider this appeal.

## PRAYER

For the reasons stated above, Appellant the Texas Commission on Environmental Quality prays that the Court grant a 12-day extension, until March 2, 2015, for the State to file its Reply Brief.

Respectfully submitted this 17th day of February 2015.

KEN PAXTON
Attorney General of Texas

3

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

JON NIERMANN
Chief, Environmental Protection Division


 /s/  *Thomas H. Edwards*
THOMAS H. EDWARDS
Assistant Attorney General
Tex. Bar No. 06461800
Thomas.Edwards@TexasAttorney General.gov

CRAIG J. PRITZLAFF
Assistant Attorney General
Tex. Bar No. 24046658
Craig.Pritzlaff@TexasAttorney General.gov

LINDA SECORD
Assistant Attorney General
Tex. Bar No. 17973400
Linda.Secord@TexasAttorney General.gov

4

Office of the Attorney General
Environmental Protection Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel: (512) 463-2012
Fax: (512) 320-0911

ATTORNEYS FOR APPELLANT,
THE TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY

## CERTIFICATE OF CONFERENCE

On February 13-16, 2015, the undersigned conferred with Adam Sencenbaugh, counsel for Appellees, and Mr. Sencenbaugh confirmed that this motion is not opposed.

/s/  *Thomas H. Edwards*
THOMAS H. EDWARDS

# CERTIFICATE OF SERVICE

I, Thomas H. Edwards, do hereby certify that a true and correct copy of the foregoing document was served by electronic service on the following parties or attorneys of record on the 17th day of February, 2015, and by email the same day.

**Attorneys**

John R. Eldridge
HAYNES AND BOONE, L.L.P.
1221 McKinney St., Ste. 2100
Houston TX  77010-2020
Telephone: (713) 547-2000
Facsimile: (713) 547-2600
John.Eldridge@haynesboone.com

Adam H. Sencenbaugh
HAYNES AND BOONE, L.L.P.
600 Congress Ave., Ste. 1300
Austin TX  78701-2579
Telephone: (512) 867-8489
Telecopier: (512) 867-8606
Adam.Sencenbaugh@
haynesboone.com

Janessa M. Glenn
R. Steven Morton
MOLTZ MORTON & GLENN, LLP
5113 Southwest Pkwy, Ste. 120
Austin TX  78735-8969
jglenn@mmandg.com

**Parties**

Exxon Mobil Corporation,
ExxonMobil Oil Corporation,
Pennzoil-Quaker State Company
and Shell Oil Company

"

Cabot Norit Americas, Inc.

John E. Leslie
JOHN LESLIE | PLLC
1216 Florida Dr., Ste. 140
Arlington TX  76015-2393
Tel: (817) 505-1291
Arlingtonlaw@aol.com

Howard Freilich, d/b/a Quick Stop
Brake and Muffler

Cynthia J. Bishop
C BISHOP LAW PC
P.O. Box 612994
Dallas TX  75261-2994
cbishop@cbishoplaw.com

Baxter Oil Service

Paul Craig Laird II
ASHLEY & LAIRD, L.C.
800 W. Airport Fwy., Ste. 880
Irving TX  75062-6274
pcl880@aim.com

Frank Kosar, d/b/a Rite Way
Truck Rental

George E. Kuehn
BUTZEL LONG
301 E. Liberty St., Ste 500
Ann Arbor MI  48104-2283
Tel: 734-213-3257
Fax: 734-995-1777
kuehn@butzel.com

SBC Holdings, Inc., f/k/a The Stroh
Brewery Company

 /s/  *Thomas H. Edwards*
THOMAS H. EDWARDS